

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Paul D. Junker<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED12-00269M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>August 3, 2012</u>, _____, at <u>3:00</u>   ☐ a.m. / ☒ p.m. before the Honorable <u>Sheri Pym</u>, in Courtroom <u>4 - 3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>8-2-12</u>                              _____**SHERI PYM**  *KC*_____
U.S. District Judge/Magistrate Judge